JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| j2 GLOBAL COMMUNICATIONS, INC. and CATCH CURVE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EasyTel.Net, <br><br> Defendant. <br> _____ | Case No. CV 05-05785 DDP (AJWx) <br><br> **ORDER OF DISMISSAL** |

THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: April 25, 2013

DEAN D. PREGERSON
United States District Judge